## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 24-793(BRM) |
| | : | |
| v. | : | |
| | : | **SEALING ORDER** |
| AUGUSTINE CHIBUZO | : | |
| ONYEACHONAM, | : | |
| STANLEY ASIEGBU, | : | |
|  a/k/a "Stanislaus Asiegbu," and | : | |
| CHUKWUEBUKA NWEKE-EZE | : | |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Anthony P. Torntore and Andrew Kogan, Assistant U.S. Attorneys, appearing), for an order sealing the Indictment and Arrest Warrants issued on this date against Defendants Augustine Chibuzo Onyeachonam, Stanley Asiegbu, and Chukwuebuka Nweke-Eze, and for good cause shown,

IT IS on this 5th day of December 2024,

ORDERED that, except for such copies of the Arrest Warrants as necessary to accomplish their purpose, and, if necessary, to effectuate the extradition of the Defendants to the United States, the Indictment, Arrest Warrants, and this Order are SEALED until all of the Arrest Warrants are executed or until further order of the Court.

HON. JESSICA S. ALLEN
U.S. MAGISTRATE JUDGE